THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN L. AYALA, Appellant. [813 NYS2d 689]—Appeal from a judgment of the Monroe County Court (Elma A. Bellini, J.), rendered May 2, 2003. The judgment convicted defendant, upon his plea of guilty, of attempted robbery in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Kehoe, J.P., Gorski, Martoche, Green and Hayes, JJ.